**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-105
DOC. 53  1/20/06

Sent To: DARIN KEITH MARTIN 03606-061
Street, Apt. No.; or PO Box No.: FCI MCKEAN, P.O. BOX 8000
City, State, ZIP+4: BRADFORD, PA 16701

PS Form 3800, April 2002    See Reverse for Instructions

7002 0860 0000 3409 0784