IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARIN KEITH MARTIN, | ) |
| Movant-Defendant, | ) Case No. 1:02-CR-00105 |
| | ) (Spiegel, J.) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent-Plaintiff. | ) |

## MOVANT'S WAIVER OF ATTORNEY-CLIENT PRIVILEGE

The Movant, Darin Keith Martin, respectfully present his waiver to attorney-client privilege only to the issues and claims stated in his motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, as instructed in the order entered by the Court on January 19, 2006.

WHEREFORE, the Movant, Darin Keith Martin, hereby waive attorney-client privilege on this 30th day of January, 2006, as to the claim of ineffective assistant of counsel, and only to the issues stated in the motion stated above. This waival is brought in good faith and for a just cause. 28 U.S.C. § 1746.

Respectfully submitted,

Dated: 1-30-06

*Darin K. Martin*
DARIN KEITH MARTIN, pro se
Federal Register No. 03606-061
Federal Correctional Institution McKean
P.O. Box 8000
Bradford, Pennsylvania 16701