## CERTIFICATE OF SERVICE

This is to certify that I have mailed a true and correct copy of Waival of Attorney-Client Privilege to the following person(s) listed below, first class mail, postage prepaid on the 30th day of January, 2006. 28 U.S.C. § 1746.

*Darin K. Martin*
DARIN KEITH MARTIN, pro se

C. RANSOM HUDSON, Esq.
Federal Public Defenders Office
36 East Seventh Street, Suite 2000
Cincinnati, Ohio  45202-4434

ANTHONY SPRINGER, AUSA
U.S. Attorney's Office
221 East Fourth Street, Suite 400
Cincinati, OH  45202