```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
```

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02-CR-105
Doc. 57  7/27/06

Sent To: DARIN KEITH MARTIN 03606-061
Street, Apt. No.; or PO Box No.: FCI MCKEAN, P.O. BOX 8000
City, State, ZIP+4: BRADFORD, PA 16701

PS Form 3800, April 2002                See Reverse for Instructions

7002 0860 0006 5229 7422